WILLIAM A. JAMES, Appellant, *v.* GUSTAV SCHMIDT, Respondent.

(Argued May 12, 1874; decided September term, 1874.)

THIS was an action for conversion. The plaintiff was nonsuited on the trial. *Held,* that the evidence was sufficient to require the submission of the question to a jury.

*C. Bainbridge Smith* for the appellant.

*Ira D. Warren* for the respondent.

REYNOLDS, C., reads for reversal.
All concur.
Judgment reversed.